UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                             :
PATRICK COLLINS, INC.,                                       :
                                                             :    Civil Action No. 1:11-cv-05784
                         Plaintiff,                          :
                                                             :
             vs.                                             :
                                                             :
JOHN DOES 1-21,                                              :
                                                             :
                         Defendants.                         :
                                                             :
-------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF DOES 13, 14 AND 16 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 13, 14 and 16. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendants 13, 14 and 16 from this action <u>with prejudice</u>. John Does 13, 14 and 16 were assigned the IP Addresses 108.21.32.101, 108.21.32.101 and 72.89.125.62. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants Does 13, 14 and 16 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 18th, 2011

        Respectfully submitted,

        LAW OFFICE OF FREDERIC R. ABRAMSON

By:        */s/ Frederic R. Abramson*
        Frederic R. Abramson (FA3918)
        Attorneys for Plaintiff
        160 Broadway, Suite 500
        New York, NY 10038
        (P) 212-233-0666
        (F) 212-267-7571
        Email: fabramson@abramsonlegal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 18th, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:  */s/ Frederic R. Abramson*