UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                  :
PATRICK COLLINS, INC.                                             :
                                                                  :   Civil Action No. 11-CV-05784
                               Plaintiff,                         :
                                                                  :
                vs.                                               :
JOHN DOES 1-21,                                                   :
                                                                  :
                               Defendants.                        :
                                                                  :
-----------------------------------------------------------------X
```

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE

THIS CAUSE having come before the Court upon Plaintiff's Motion for Adjournment of Initial Pretrial Conference, and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby,

ORDER AND ADJUDGE: the Initial Pretrial Conference currently scheduled for November 29, 2011 is adjourned until a date no earlier than January 9, 2012, as the Court's schedule may permit.

DONE AND ORDERED this ___ day of _____, 2011.

By:_____
  **UNITED STATES MAGISTRATE JUDGE**

Cc: All parties by CM/ECF