UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PATRICK COLLINS, INC.,

                              Plaintiff,

          vs.

JOHN DOES 1-21,

                              Defendants.

------------------------------------------------------------X

Civil Action No. 1:11-cv-05784 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: NOV 23 2011*

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOES 13, 14 AND 16 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 13, 14 and 16. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendants 13, 14 and 16 from this action with prejudice. John Does 13, 14 and 16 were assigned the IP Addresses 108.21.32.101, 108.21.32.101 and 72.89.125.62. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants Does 13, 14 and 16 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 18th, 2011

Respectfully submitted,

LAW OFFICE OF FREDERIC R. ABRAMSON

By:      /s/ *Frederic R. Abramson*
Frederic R. Abramson (FA3918)
Attorneys for Plaintiff
160 Broadway, Suite 500
New York, NY 10038
(P) 212-233-0666
(F) 212-267-7571
Email: fabramson@abramsonlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Frederic R. Abramson*

NOV 23 2011

George B. Daniels
U.S.D.J.
HON. GEORGE B. DANIELS