USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 23 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
K-Beech, Inc.

                              Plaintiff,

             -against-                          11-CV-4777 (GBD)

John Does 1-21,

                              Defendants.
------------------------------------------------------------X
Patrick Collins, Inc.,

                              Plaintiff,

             -against-                          11-CV-5784 (GBD)

John Does 1-21,

                              Defendants.
------------------------------------------------------------X
K-Beech, Inc.

                              Plaintiff

             -against-                          09-CV-5786 (GBD)

John Does 1-19,

                              Defendants.
------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

       The conference scheduled for November 29, 2011 in these matters is canceled.

Dated: November 22, 2011
       New York, New York

                                                             SO ORDERED:

                                                             *George B. Daniels* (signature)
                                                             GEORGE B. DANIELS
                                                             United States District Judge