**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                          :

PATRICK COLLINS, INC.,                  :

                                :       Civil Action No. 1:11-cv-05784

                  Plaintiff,     :

                                :

            vs.                :

                                :

JOHN DOES 1-21,               :

                                :

                  Defendants.   :
---------------------------------------------------------------X

### PLAINTIFF'S AMENDED NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 14 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 14. Plaintiff hereby voluntary dismisses John Doe Defendant 14 from this action <u>with prejudice</u>. John Doe 14's correct IP Address is 108.6.239.63. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants Does 13, 14 and 16 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 28th, 2011

                                      Respectfully submitted,

                                      LAW OFFICE OF FREDERIC R. ABRAMSON

By:         */s/ Frederic R. Abramson*
                 Frederic R. Abramson (FA3918)
                 Attorneys for Plaintiff
                 160 Broadway, Suite 500
                 New York, NY 10038
                 (P) 212-233-0666
                 (F) 212-267-7571
                 Email: fabramson@abramsonlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28th, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Frederic R. Abramson*