UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                :

PATRICK COLLINS, INC.,                :

                                :   Civil Action No. 1:11-cv-05784

         Plaintiff,           :

vs.                                :

JOHN DOES 1-21,                    :

         Defendants.         :

------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY
DISMISSAL WITH PREJUDICE OF DOE 3 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Plaintiff hereby voluntary dismisses Defendant 3 from this action with prejudice. John Doe 3 was assigned the IP Address 207.172.169.85. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                         Respectfully submitted,

                                         LAW OFFICE OF FREDERIC R.
                                         ABRAMSON

                         By:  */s/ Frederic R. Abramson*
                              Frederic R. Abramson (FA3918)
                              Attorneys for Plaintiff
                              160 Broadway, Suite 500
                              New York, NY 10038
                              (P) 212-233-0666
                              (F) 212-267-7571
                              Email: fabramson@abramsonlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Frederic R. Abramson*